1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    _____
                                             )
9    LEASE CRUTCHER LEWIS WA, LLC,           )    Case No. C08-1862RSL
                                             )
10                          Plaintiff,       )
                    v.                       )
11                                           )    ORDER GRANTING MOTION TO
     NATIONAL UNION FIRE INSURANCE           )    AMEND COMPLAINT
12   OF PITTSBURGH, PA, *et al.*,            )
                                             )
13                          Defendants.      )
     _____)

14

15          This matter comes before the Court on "Plaintiff Lease Crutcher Lewis WA,

16   LLC's Motion for Leave to Amend Complaint." Dkt. # 5. Defendant National Union Fire

17   Insurance of Pittsburgh, PA, concedes that plaintiff should be permitted to amend its complaint,

18   but objects to the inclusion of a "CR 2A Agreement Dated April 14, 2009" as an exhibit.

19   Without identifying the legal and/or factual basis for its objection, defendant argues that the

20   agreement is privileged and confidential, making its disclosure improper. Defendant has not

21   shown that the operative pleading in this matter should be sealed[1] or otherwise shown that a

22

23          [1] Such a showing would be very difficult given the standard for sealing documents in this
24   district. As stated in Local Civil Rule 5(g)(2), "[t]here is a strong presumption of public access to the
     court's files" which, when dispositive relief is sought, "may be overcome only on a compelling showing
25   that the public's right of access is outweighed by the interests of the public and the parties in protecting
     the court's files from public view."
26

     ORDER GRANTING MOTION
     TO AMEND COMPLAINT

1  protective order is appropriate.  Objections to the admissibility of the agreement may be raised

2  when and if the document is offered into evidence.

3

4          For all of the foregoing reasons, plaintiff's motion is GRANTED.  The Clerk of

5  Court is directed to docket the proposed "Amended Complaint for Bad Faith, Insurance Fair

6  Conduct Act Violations, Consumer Protection Act Violations, Breach of Contract, Conversion

7  and Declaratory Relief" that was filed as an exhibit to plaintiff's May 7, 2009, motion to amend.

8

9          Dated this 29th day of May, 2009.

10

11                          Robert S. Lasnik
                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION
TO AMEND COMPLAINT                     -2-