UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
LEASE CRUTCHER LEWIS WA, LLC,           )    Case No. C08-1862RSL
                                        )
            Plaintiff,                  )
    v.                                  )
                                        )    ORDER AWARDING FEES
NATIONAL UNION FIRE INSURANCE           )
OF PITTSBURGH, PA, *et al.*,            )
                                        )
            Defendants.                 )
_____)

This matter initially came before the Court on "Plaintiff Lease Crutcher Lewis WA, LLC's Motion to Compel Production of Emails." Dkt. # 30. Pursuant to this Court's order awarding fees (Dkt. # 38), plaintiff has submitted an affidavit setting forth the expenses incurred in making this motion, including attorney's fees but excluding time spent reviewing defendants' discovery responses and attempting to resolve this dispute prior to filing the motion. Defendant National Union Fire Insurance of Pittsburgh, PA, and AIG Domestic Claims, Inc., shall, within three days of the date of this order, reimburse plaintiff for its reasonable expenses in the amount of $1,000.

Dated this 5th day of May, 2010.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER AWARDING FEES